COLLEEN KRAWIEC *v.* JOHN KRAWIEC

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*John V. Zisk,* for the appellee (defendant).

*David E. Kamins,* for the appellant (plaintiff).

Argued December 7—decided December 7, 1976

LOUISE G. SMITH *v.* DELAVAN P. SMITH

The application by Attorney Robert V. Cimmino to permit Attorney Martin J. Gersten of the New York bar to appear pro hac vice and present argument in the appeal from the Superior Court in Litchfield County is granted subject to the provisions of Practice Book § 15A with respect to the signing of all pleadings, briefs and papers and to the presence at all proceedings of a member of the bar of this state who shall assume full responsibility for the conduct of the appeal.

*Robert V. Cimmino,* in support of the motion.

Argued December 7—decided December 7, 1976

ANTHONY F. CONTE *v.* CITY OF NORWALK

The plaintiff's motion to set aside the judgment of the trial court denying his request for an injunction against bringing the defendant's counterclaim to arbitration, in the appeal from the Superior Court in Fairfield County at Stamford, is granted and it is ordered that arbitration proceed without integration of the counterclaim unless the defendant files its brief on or before January 11, 1977.

*Robert A. Slavitt,* for the appellant (plaintiff).

No appearance for the appellee (defendant).